13247.  HARTFORD FIRE INSURANCE CO. v. DAVIS, director-general.

STEPHENS, J.  This case is controlled by the decision in *Hartford Fire Ins. Co.* v. *Davis*, ante, 797.

*Judgment reversed. Jenkins, P. J., and Bell, J., concur..*
DECIDED MARCH 3, 1923.

Description of case and names of counsel as in next preceding case.

---

APPLICATION TO THE SUPREME COURT OF GEORGIA FOR CERTIORARI IN CASES HEREINBEFORE REPORTED.

GRANTED.

Alexander *v.* Dean, 722.
American Railway Express Co. *v.* Daniel, 780.
Atlantic Coast Line Railroad Co. *v.* Wildman, 745.
Bunch *v.* City of Macon, 290.
Columbia Casualty Co. *v.* Rogers Co., 248.
Fulton Ice & Coal Co. *v.* Pece, 507.
Holliday *v.* Persons, 784.
Musselwhite *v.* State, 229.
Reserve Loan Life Insurance Co. *v.* Phillips, 99.
Smith *v.* Callaway, 565.

DENIED.

Andrews Company *v.* Dorsett, 321.
Atlanta Gas Light Co. *v.* Sams, 446.
Bradley *v.* Dozier Land Co., 78.
Brown *v.* Mutual Life Insurance Company of N. Y., 794.
Clark *v.* Adams, 496.
Empire Cotton Oil Co. *v.* Producers Co., 111.
English *v.* Moore, 307.
Evans *v.* Williams, 126.
Hardwick *v.* Fidelity & Deposit Company of Md., 567.
Jackson *v.* State, 324.
Johnson *v.* Coffey, 407.
Kennedy *v.* Ocean Steamship Company, 737.